# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **KENNETH RAY BILBO II**  \
D.O.C. # 355823 | : | **CIVIL ACTION NO. 2:17-cv-0706** |
| **VERSUS** | : | **JUDGE HICKS** |
| **DARREL VANNOY** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Rec. Doc. 21] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petition for writ of habeas corpus be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED,** in Shreveport, Louisiana, this 4th day of October, 2018.

*[signature]*
**S. MAURICE HICKS, JR**
**UNITED STATES DISTRICT JUDGE**